UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

**In Re:**                                                                    CASE NO. 19-32033-PES
**Ivy Quad Development, LLC**
Debtor

**Jacqueline Sells Homann, Trustee of the
Estate of Ivy Quad Development, LLC**                                         ADV. CASE NO. 22-03010
Plaintiff

–*v*–

**David Matthews, James T. Schwartz,
and Julia J. Schwartz**
Defendants

## MOTION TO REMAND FOR MANDATORY ABSTENTION

Trustee Jacqueline Sells Homann requests that the court remand her complaint against the defendants David Matthews, James Schwartz, and Julia Schwartz as required by 28 USC §1334 (c)(2) and states:

1.  The Trustee filed litigation in state court against defendants Matthew and the Schwartzes.

2.  The only action brought is fraudulent transfer under Indiana Code §32-18-2-14.

3.  28 USC §1334(c)(2) requires the court to abstain from exercising jurisdiction if an action is merely related to, but not arising out of, a bankruptcy proceeding.

4.  The cause of action raised by the Trustee in this case is one that is under Indiana law only, and is not brought under the Bankruptcy Code.

*Therefore*, for these reasons and the reasons articulated in the accompanying memorandum, Trustee requests that the court remand this case back to the St. Joseph Circuit Court and for all other just and proper relief.

Dated: March 25, 2022

*/s/ Jacqueline Sells Homann*
Jacqueline Sells Homann | 15462-71
JONES OBENCHAIN, LLP
130 S. Main St., Suite 400
South Bend, IN 46601
Post Office Box 4577
South Bend, Indiana 46634-4577
574.233.1194 ext. 109 | 574.233.8957 fax
jsh@jonesobenchain.com

CERTIFICATE OF SERVICE

On March 25, 2022, I served this brief in support of motion to remand for mandatory abstention via the court's electronic filing system as follows:

Christine K. Jacobson
cjacobson@jhklegal.com

Lyle Raymond Hardman
lhardman@hsk-law.com

*/s/ Jacqueline Sells Homann*
Jacqueline Sells Homann | 15462-71