IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 19-32033<br>Chapter 7 |
| IVY QUAD DEVELOPMENT, LLC, | |
| Debtor. | |
| JACQUELINE SELLS HOMANN, TRUSTEE,<br>OF ESTATE OF IVY QUAD<br>DEVELOPMENT, LLC, | Adv. No. 22-03010 |
| Plaintiff. | |
| vs. | |
| DAVID MATTHEWS, JAMES SCHWARTZ<br>and JULIA SCHWARTZ, | |
| Defendants. | |

## MOTION TO COMPROMISE AND SETTLE

Trustee, Jacqueline Sells Homann, by counsel, requests that the court approve a settlement between the bankruptcy estate of Ivy Quad Development, LLC and David Matthews, James T. Schwartz, and Julie J. Schwartz, and in support of the same, states as follows:

1. The Residences at Ivy Quad Unit Owners Association, Inc. filed an involuntary bankruptcy petition against Ivy Quad Development on November 5, 2019.

2. The estate of Ivy Quad Development filed a complaint in state court, which was removed to this court, against David Matthews, James T. Schwartz, and Julie J. Schwartz, the members of IQ Development.

3. The parties, after mediation, engaged in settlement negotiations.

4.   David Matthews, James T. Schwartz and Julie J. Schwartz have offered $45,000 as a full and final settlement of all issues pending between the estate of IQ Development and them.

5.   Trustee believes this is the best offer and is in the best interest of the bankruptcy estate as it will reduce the expenses and takes into account the defendants' defenses.

*Therefore,* Trustee Homann prays that the compromise and settlement be approved, that she be authorized to execute all necessary release documents in connection with the litigation, and for all other just and proper relief.

Dated:  December 22, 2022

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
130 South Main Street
Suite 400
Post Office Box 4577
South Bend, Indiana 46634-4577
Telephone:   (574) 233-1194
Facsimile:    (574) 233-8957
Email: jsh@jonesobenchain.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, a true and correct copy of the motion to compromise and settle was served by depositing in the United States mail, correct postage prepaid, or via the court's CM/ECF system, upon the following parties:

Ivy Quad Development LLC
c/o David M. Matthews
215 E. Colfax Avenue
South Bend, IN 46617

United States Trustee
ustpregion10.so.ecf@usdoj.gov

Joe Chapelle
Joe.Chapelle@btlaw.com

Christine Jacobson
cjacobson@jhklegal.com

Mark Wentzel
mwenzel@amundsendavislaw.com

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann

2