IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 19-32033 |
| | Chapter 7 |
| IVY QUAD DEVELOPMENT, LLC, | |
| Debtor. | |
| JACQUELINE SELLS HOMANN, TRUSTEE, OF ESTATE OF IVY QUAD DEVELOPMENT, LLC, | Adv. No. 22-03010 |
| Plaintiff. | |
| vs. | |
| DAVID MATTHEWS, JAMES SCHWARTZ and JULIA SCHWARTZ, | |
| Defendants. | |

ORDER

At South Bend, Indiana on _____

The Court having considered the Trustee's Motion to Compromise and Settle, and no objections being timely filed, the Court now grants the same.

The Trustee is authorized to accept $45,000 from David Matthews, James Schwartz and Julia Schwartz in connection with the litigation claim and to sign any necessary paperwork to effectuate the settlement.

IT IS SO ORDERED.

_____
Paul E. Singleton, Judge
United States Bankruptcy Court